1   ROBERT W. BROWNLIE (Bar No. CA-138793)
    KELLIN M. CHATFIELD (Bar No. CA-288389)
2   **DLA PIPER LLP (US)**
    401 B Street, Suite 1700
3   San Diego, CA 92101-4297
    Tel: 619.699.2700
4   Fax: 619.699.2701

5   Attorneys for Defendants
    GEMINI REAL ESTATE ADVISORS LLC;
6   GEMINI EAST WEST S LLC; GEMINI EAST
    WEST H, LLC; GEMINI EAST WEST M, LLC;
7   GEMINI ACQUISITION COMPANY, INC.;
    GEMINI PROPERTY MANAGEMENT, LLC;
8   WILLIAM T. OBEID; and DANTE A.
    MASSARO
9

10              UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12  MOHAN KUMAR AND AKILA
    KUMAR, husband and wife and as sole
13  members of Gemini East West I, LLC;          CASE NO.  2:14-cv-07474-SVW-PLA
    NATALIJA JOSIMOVICH,
14  individually and as sole member of            **NOTICE OF MOTION AND**
    Gemini East West 2, LLC; JOHN                 **MOTION TO TRANSFER**
15  O'CARROLL, individually and as sole           **VENUE PURSUANT TO 28 U.S.C.**
    member of Gemini East West 4, LLC;            **§ 1404(a)**
16  CAROL TANNER, individually and as
    sole member of Gemini East West 5,            *[Filed Concurrently with [Proposed]*
17  LLC; KRZYSZTOF                                 *Order; Declaration of Kellin M.*
    ZACHARIASIEWICZ, individually and             *Chatfield]*
18  as sole member of Gemini East West 6,
    LLC; DAVID MILANI, individually               **Date:** November 24, 2014
19  and as sole member of Gemini East             **Time:** 1:30 p.m.
    West 7, LLC; THOMAS MCGARVEY,                 **Judge:** Hon. Stephen V. Wilson
20  individually and as sole member of            **Courtroom:** 6
    Gemini East West 8, LLC; BYRON
21  REALTY I CORPORATION as sole
    member of Gemini East West 9, LLC;
22  DAVID C. SUTHERLAND,
    individually and as sole member of
23  Gemini East West 10, LLC, PEI LIN
    HUANG, individually and as sole
24  member of Gemini East West 11, LLC;
    PAULINE KEELER, individually and
25  as sole member of Gemini East West
    12, LLC; JAMES R. KEE AND ANNE
26  M. KEE, husband and wife and as sole
    members of Gemini East West 13, LLC;
27  RICHARD O. WAHLGREN,
    individually and as sole member of
28

WEST\251314047.1

DLA PIPER LLP (US)
SAN DIEGO

NOTICE OF MOTION AND MOTION TO TRANSFER
CASE NO. 2:14-CV-07474-SVW-PLA

1   Gemini East West 14, LLC; BRYCE E.
KENNEDY, JR., individually and as
2   sole member of Gemini East West 15,
LLC; DAVID GIBSON AND BETTY
3   HOOD GIBSON, husband and wife and
as sole members of H.G. Financial
4   Services, LLC and Gemini East West
16, LLC; JOHN W. MCCORMICK,
5   individually and as sole member of
Gemini East West 20, LLC; ROBERT
6   AND CATHRYN BAIRD, husband and
wife, individually and as sole members
7   of Gemini East West 21, LLC,

8              Plaintiffs,

9       v.

10   RBS FINANCIAL PRODUCTS INC.,
F/K/A GREEENWICH CAPITAL
11   FINANCIAL PRODUCTS, INC.; RBS
SECURITIES INC., F/K/A
12   GREENWICH CAPITAL MARKETS,
INC.; GREENWICH CAPITAL
13   COMMERCIAL FUNDING
CORPORATION; BANK OF
14   AMERICA CORPORATION, F/K/A
LASALLE BANK NATIONAL
15   ASSOCIATION AS TRUSTEE, FOR
"GREENWICH CAPITAL
16   COMMERCIAL FUNDING CORP.,
COMMERCIAL MORTGAGE TRUST
17   2007 GG11, COMMERCIAL
MORTGAGE PASS THROUGH
18   CERTIFICATES, SERIES 2007-
GG11"; GCCFC 2007 CONNECTOR
19   RETAIL LIMITED PARTNERSHIP;
GEMINI REAL ESTATE ADVISORS
20   LLC; GEMINI EAST WEST S LLC;
GEMINI EAST WEST H, LLC;
21   GEMINI EAST WEST M, LLC;
GEMINI ACQUISITION COMPANY,
22   INC.; GEMINI PROPERTY
MANAGEMENT, LLC; GEMINI
23   INVESTORS, LLC; WILLIAM T.
OBEID, individually; DANTE A.
24   MASSARO, individually; GEMINI
EAST WEST 3, LLC; GEMINI EAST
25   WEST 18, LLC; and DOES 1-10,

26              Defendants.

27

28

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE that on November 24, 2014 at 1:30 p.m., or as

3   soon thereafter as the matter may be heard, in Courtroom 6 of the Honorable

4   Stephen V. Wilson, at 312 North Spring Street, Los Angeles, California 90012,

5   Defendants Gemini Real Estate Advisors LLC ("Gemini Real Estate"), Gemini East

6   West S LLC ("Gemini S"), Gemini East West H, LLC ("Gemini H"), Gemini East

7   West M, LLC ("Gemini M"), Gemini Property Management, LLC ("Gemini

8   Property"), William T. Obeid and Dante Massaro (the "Gemini Defendants") and

9   Bank of America Corporation f/k/a LaSalle Bank National Association as Trustee

10  for Greenwich Capital Commercial Funding Corp., Commercial Mortgage Trust

11  2007 GG11, Commercial Mortgage Pass Through Certificates, Series 2007-GG11

12  (the "Trust"),  GCCFC 2007 Connector Retail Limited Partnership ("GCCFC");

13  and RBS Financial Products Inc. [f/k/a Greenwich Capital Markets, Inc.] ("RBS

14  Financial"), RBS Securities, Inc. [f/k/a Greenwich Capital Markets, Inc.] ("RBS

15  Securities"), and RBS Commercial Funding Inc. [f/k/a Greenwich Capital

16  Commercial Funding Corporation] ("RBS Commercial"), who are referred to

17  collectively herein as Defendants, jointly move for an order transferring the

18  pending litigation to the Federal District Court for the Southern District of New

19  York pursuant to 28 U.S.C. § 1404(a).  Transfer is warranted based on the

20  underlying agreements' forum selection clauses designating New York as the

21  proper venue, 28 U.S.C. § 1404, and *Atlantic Marine Const. Co., Inc. v. U.S. Dist.*

22  *Court for Western Dist. Of Texas*, 134 S. Ct. 568, 583 (2013).

23        This Motion is made following the discussion of counsel pursuant to L.R. 7-

24  3, which took place on October 10, 2014 and October 16, 2014.

25        This Motion is based upon this Notice of Motion and Motion, the

26  Memorandum of Points and Authorities in support, the Declaration of Kellin M.

27  ////

28  ////

1  Chatfield, all pleadings and papers on file, oral argument as permitted by the Court,

2  and any such other matters that the Court deems appropriate.

3  Dated:  October 20, 2014

DLA PIPER LLP (US)

4

5

6  By s/Robert W. Brownlie
ROBERT W. BROWNLIE

7  KELLIN M. CHATFIELD
Attorneys for Defendants

8  GEMINI REAL ESTATE ADVISORS
LLC; GEMINI EAST WEST S LLC;

9  GEMINI EAST WEST H, LLC;
GEMINI EAST WEST M, LLC;

10 GEMINI ACQUISITION COMPANY,
INC.; GEMINI PROPERTY

11 MANAGEMENT, LLC; WILLIAM T.
OBEID; and DANTE A. MASSARO

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28