UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-07474-SVW-PLA | Date | December 1, 2014 |
|---|---|---|---|
| Title | Mohan Kumar et al v. Greenwich Capital Commercial Funding Corporation et al | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Deborah Gackle | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Owen Murrin , III | Jason M Ohta |
| | Kellin Maurine Chatfield |
| | Robert W Brownlie |
| | Susan F DiCicco |

**Proceedings:**       NEW CASE STATUS CONFERENCE
[21] MOTION for Hearing Remand filed by Plaintiffs Cathryn Baird, Robert
Baird
[25] MOTION to Change Venue to Federal District Court for the Southern
District of New York filed by Defendants Gemini Acquisition Company, Inc.,
Gemini East West H, LLC, Gemini East West M, LLC, Gemini East West S
LLC, Gemini Property Management, LLC, Gemini Real Estate Advisors LLC,
Dante A. Massaro, William T. Obeid
[26] Joinder in MOTION to Change Venue to Federal District Court for the
Southern District of New York filed by Defendant Bank of America
Corporation, GCCFC 2007 Connector Retail Limited Partnership
[27] Joinder in MOTION to Change Venue to Federal District Court for the
Southern District of New York filed by Defendants Greenwich Capital
Commercial Funding Corporation, RBS Financial Products, Inc., RBS
Securities, Inc
[35] MOTION to Compel Arbitration filed by Plaintiff Cathryn Baird, Robert
Baird

Hearing and conference held. The motions are submitted.  Order to issue.

|  | : | 16 |
|---|---|---|
| | Initials of Preparer | PMC |